UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-CV-294 (PAM/JSM)

Jerome Virgil Klint,            )
                                )
            Plaintiff,          )
                                )
        v.                      )   **ORDER**
                                )
Richard D. Sletten,             )
Clerk of Court, U.S.            )
District Court, and             )
Robert S. Mueller, III,         )
Director, FBI,                  )
                                )
            Defendants.         )

Based upon the Stipulation of the Parties and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this action against Defendant Richard D. Sletten, Clerk of Court for the U.S. District Court, is dismissed without prejudice; and that Defendant Robert S. Mueller, III, Director of the Federal Bureau of Investigation, has sixty days from the date of service of the Complaint to answer or otherwise respond to the Complaint.

SO ORDERED

Dated: March 18 , 2008        s/Paul A. Magnuson
                              Paul A. Magnuson, Judge
                              United States District Court